# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NICHOLAS D. KASTEN,**

        Petitioner,

   -v-                            Case No. 06-C-0865

**Warden, KETTLE MORAINE CORRECTIONAL INSTITUTION,**

        Respondent.

## DECISION AND ORDER

The petitioner, Nicholas D. Kasten ("Kasten"), who is currently incarcerated at Kettle Moraine Correctional Institution, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 11, 2006, Kasten paid the $5.00 filing fee.

Rule 4 of the Rules Governing Habeas Corpus Cases requires the Court to promptly review a habeas petition to determine whether a petition states a ground upon which relief may be granted. Kasten's petition, which was prepared by his counsel, fails to state any claim at all. His petition alleges to raise four grounds for relief, but for each ground, Kasten merely states "See Attached." Kasten, though, attaches no brief or document indicating the four grounds that he wishes to raise in support of his petition. He only attached three documents to his petition: a judicial opinion from the Wisconsin Court of Appeals, a brief he submitted to support his

petition for review to the Supreme Court of Wisconsin, and a docket report of his case from the Wisconsin Court of Appeals. These three documents demonstrate that he exhausted his state court remedies, but they do not indicate what grounds for relief he wishes to raise before this Court. Accordingly, because Kasten's petition fails to state a claim upon which relief may be granted, the Court must dismiss his petition.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

Kasten's Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**.

The clerk is directed to enter judgment and close this case accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2006.

        **SO ORDERED,**

        *s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        Chief Judge