AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**NICHOLAS D. KASTEN,**   **JUDGMENT IN A CIVIL CASE**

        Petitioner,

        V.   CASE NUMBER: **06-C-865**

**WARDEN,**
**KETTLE MORAINE CORRECTIONAL INSTITUTION,**

        Respondent.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Nicholas D. Kasten's petition pursuant to Title 28, United States Code, Section 2254, is DENIED for failure to state a claim upon which relief may be granted.  This action is hereby DISMISSED.**

| | |
|---|---|
| **August 15, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |

Dockets.Justia.com